IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30602
Summary Calendar
_____

PAUL O. IWENJIORA,

                                        Petitioner-Appellant,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-2899
- - - - - - - - - -
December 2, 1997
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Federal immigration detainee Paul O. Iwenjiora, no. 09915-265, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition and request for a stay or suspension of deportation for lack of jurisdiction and for failure to exhaust administrative remedies.

    Iwenjiora does not argue whether the district court erred by dismissing his federal habeas petition due to lack of

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction and for failure to exhaust administrative remedies, which is the only proper issue for appeal.  See Searcy v. Houston Lighting & Power Co., 907 F.2d 562, 564 (5th Cir. 1990).  Rather, Iwenjiora argues on appeal the merits of the issues he raised in his originally filed petition.  Because Iwenjiora does not address the proper issue for review, he has abandoned it.  See Brinkmann v. Abner, 813 F.2d 744, 748 (5th Cir. 1987).

Because Iwenjiora fails to address the proper issue for appeal, his appeal is DISMISSED as frivolous.  See 5th Cir. R. 42.2.

We caution Iwenjiora that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Iwenjiora is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.